**Order entered February 11, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01389-CV

## ROBERT WEBB AND RKW FAMILY FARM, LP, Appellants

## V.

## ERIC AND DENISE TOMBAUGH, Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-0180-2011**

## ORDER

Before the Court is appellants' January 28, 2015, motion to reinstate the appeal. On February 17, 2012, we abated this appeal due to the bankruptcy petition filed by appellants. Attached to appellants' motion to reinstate is the May 19, 2014, order from the United States Bankruptcy Court for the Eastern District of Texas terminating the stay. Accordingly, we **GRANT** the motion and **REINSTATE** this appeal. *See* TEX. R. APP. P. 8.3(a). Appellants' brief is due no later than **THIRTY DAYS** from the date of this Order.

/s/    CRAIG STODDART
         JUSTICE